# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed:
Index # 1:25-cv-01409-LDH-JAM

*Diego Cantu Guevara, individually and on behalf of others similarly situated* — Plaintiff

against

*Legacy Contractor NYC LLC d/b/a Legacy Contractors NYC., et ano* — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY SS.:

James Perone, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on March 14, 2025, at 11:00 AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action & Rider to Request to Summons, Complaint Collective Action under 29 U.S.C 216 (b) on Legacy Contractor NYC LLC, the Defendant in this action, by delivering to and leaving with Sue Zouky, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 303 Limited Liability Company Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: Over 65 Approx. Wt: 125lbs Approx. Ht: 5'1
Color of skin: White Hair color: Red/Blonde Sex: Female Other:

Sworn to before me on this
14th day of March 2025

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone
**Attny's File No.**
Invoice•Work Order # S1922389

***Servico, Inc., P.O. Box 871, Albany, NY 12201***